## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETTS

ROBERT DANTZLER,

                    Plaintiff,

    v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

                    Defendants.

NO. 1:20-CV-12056

---

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. § 1441, defendant, FEDEX GROUND PACKAGE SYSTEM, INC., (hereinafter "Defendant"), by and through its attorneys, Callahan & Fusco, LLC, hereby remove to this Court the action filed in the Superior Court of the Commonwealth of Massachusetts, Middlesex County (the "Superior Court") and described below, on the basis of diversity of citizenship.  In support of this notice, Defendant states as follows:

1.      Plaintiff, Robert Dantzler, ("Plaintiff") commenced this action against Defendant on or about August 6, 2020, by filing a complaint in the Superior Court with civil action number 2081CV01926 (the "State Court Action").

2.      Defendant was served with the Complaint from the State Court Action on September 29, 2020.  Attached hereto as <u>Exhibit A</u> is a copy of all process, pleadings, and orders received or obtained to date by Defendant from the State Court Action.

3.      Plaintiff's claims in the State Court Action seek damages for negligence.  *See* <u>Exhibit A</u>, Complaint, ¶¶ 27 – 30.

## STATUTORY REQUIREMENTS – 28 U.S.C. §§ 1332, 1441 & 1446

4.      Removal of this case is proper pursuant to 28 U.S.C. §§ 1446(a) and 1441(b), which entitles defendant to remove a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

5.      Upon information and belief, Plaintiff is a Massachusetts resident that resides in Uncasville, Connecticut.  *See* Exhibit A, Complaint, ¶ 1.

6.      Defendant is a Delaware Corporation with a principal place of business at 1000 FedEx Drive, Moon Township, Pennsylvania 15108.  *See* Exhibit A, Complaint, ¶ 2.

7.      Plaintiff has set forth a demand in excess of $75,000.00 in this matter, and as such, Plaintiff's claimed damages, exclusive of interest and costs, exceed the $75,000.00 threshold. Therefore, diversity of citizenship is satisfied.  *See* 28 U.S.C. § 1332(a).  *See* Exhibit A, Civil Action Cover Sheet annexed to the Complaint.

## PROCEDURAL REQUIREMENTS AND LOCAL RULES

8.      Removal to Proper Court.  This Court is part of the "district and division" embracing the place where this action was filed – the Superior Court of the Commonwealth of Massachusetts, Middlesex County.  *See* 28 U.S.C. §§ 1441(a), 1446(a).

9.      Removal Is Timely.  Upon receipt of the Complaint in this matter, on October 13, 2020, the Defendant requested an extension of thirty (30) days in which to file a responsive pleading to Plaintiff's Complaint.  Attached hereto as Exhibit B is a copy of correspondence from Defendants, dated October 13, 2020.  Plaintiff's counsel granted the thirty (30) day extension on October 22, 2020.  Attached hereto as Exhibit C is a copy of the correspondence from Plaintiff's counsel, Jeffrey M. Steinberg, dated October 22, 2020.

Moreover, as per the Civil Tracking Order set forth by the Trial Court of Massachusetts, Middlesex County Superior Court, Defendant had until December 8, 2020, to file a Response to the Complaint filed.  *See* <u>Exhibit A</u>, Civil Tracking Order.

As such, the Removal is timely filed.

10.     <u>Pleadings and Process</u>.  Attached hereto as <u>Exhibit A</u> is a copy of all process, pleadings, and orders received or obtained by Defendant in the State Court Action.  *See* 28 U.S.C. § 1446(a).  Pursuant to Local Rule 81.1(a), Defendant will file certified or attested copies of all records, proceedings, and docket entries in the state court within 28 days of the filing of this Notice.

11.     <u>Notice</u>.  Defendant will promptly serve upon Plaintiff and file with the Clerk of the Superior Court, a Notice of Filing of Notice of Removal, attached hereto as <u>Exhibit D</u>**,** with its exhibits omitted.  *See* 28 U.S.C. § 1446(d).

12.     <u>Signature</u>.  This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.  *See* 28 U.S.C. § 1446(a).

## **<u>CONCLUSION</u>**

13.     Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, and the State Court Action may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

14.     In filing this Notice of Removal, Defendant does not waive, and specifically reserves, any and all defenses, exceptions, rights, and motions.

WHEREFORE, this action should proceed in the United States District Court for the District of Massachusetts, as an action properly removed thereto.

Respectfully submitted,
FEDEX GROUND PACKAGE SYSTEM, INC.
By its attorneys,
CALLAHAN & FUSCO, LLC


Dated: November 18, 2020          */s/ Chelsea S. Novelli*_____
                                  Chelsea S. Novelli, Esq. (BBO# 699019)
                                  CALLAHAN & FUSCO, LLC
                                  103 Eisenhower Parkway, Suite 400
                                  Roseland, New Jersey 07068
                                  (877) 618-9770
                                  cnovelli@callahanfusco.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a copy of the foregoing NOTICE OF REMOVAL has this day been forwarded via First Class Mail to counsel for the plaintiff:

       Jerry M. Steinberg, Esq.
       Law Office of Jeffrey M. Steinberg
       965 Concord Street
       Framingham, MA 01701
       (508) 875-8600

Dated: November 18, 2020       */s/ Chelsea S. Novelli*
       Chelsea S. Novelli, Esq. (BBO# 699019)